Louise M. Eastman, executrix of the estate of C. J. Eastman, deceased, appellee, v. Providers Life Assurance Company, appellant. Gen. No. 24,167.

Action to recover damages for breach of a contract of hire. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and judgment here. Opinion filed February 11, 1919.

Charles M. Haft, for appellant. C. H. McDermott, for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

David Sadevitz, appellee, v. Theodore Lind, appellant. Gen. No. 24,175.

Action to recover rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Edward T. Wade, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed with finding of facts. Opinion filed February 11, 1919.

William M. Tannenbaum, for appellant. No appearance for appellee.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

Isador A. Rubel, appellee, v. A. Larsen and Carl W. Larsen, appellants. Gen. No. 24,196.

Action to recover rent contested on grounds of eviction. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed February 11, 1919.

Joseph A. Ambrosius, for appellants. N. A. Kaufman, for appellee; George W. Wilbur, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

L. C. H. Zeigler, appellant, v. Ann Wahlin, appellee. Gen. No. 23,639.

Action to recover for medical services and medicines. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and remanded. Opinion filed February 11, 1919.

Bulkley, More & Tallmadge, for appellant. George McMahon and Matthew J. O'Brien, for appellee.

Mr. Justice Barnes delivered the opinion of the court.